**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JAVIER VEGA REYES, an individual,

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC., a limited liability company; and DOES 1 through 30, inclusive.

Defendants.

Case No. 2:25-cv-10664-AB-BFMx
*[Los Angeles County Superior Court, Case No.* 25CHCV03580*]*

*[Assigned to District Judge Andre Birotte Jr. and Magistrate Judge Brianna Fuller Mircheff]*

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: JULY 29, 2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE